UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 16-26478-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

ANNETTE LAMBOY
XXX-XX-9342

DEBTOR_____/

### TRUSTEE'S MOTION FOR TURNOVER OF OVERPAYMENT TO CREDITOR AND IMPOSITION OF SANCTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

   Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing.

   The Trustee respectfully moves this Court for an Order for Turnover of Overpayment to UNITED STATES TREASURY (Court Claim #2) ("Creditor"), and Imposition of Sanctions and states as follows:

1. The Debtor filed a voluntary petition on **December 13, 2016**.

2. A payment in the amount of **$283.84** was inadvertently disbursed to Creditor pursuant to the Confirmed Chapter 13 plan.

3. The overpayment was revealed during a routine internal audit.

4. Immediately upon knowledge of the overpayment, the Trustee requested, by letter, Creditor return the overpayment to the Trustee.

5. To date, Creditor has failed to respond to and comply with the Trustee's request for return of the overpayment.

6. Creditor is not entitled to the overpayment pursuant to the confirmed plan.

7. Creditor would enjoy a windfall if not required to turnover the overpayment to the Trustee.

8. Sanctions should be imposed against Creditor for Creditor's willful failure to comply with the Trustee's request, in violation of the mandatory turnover provision of 11 U.S.C. Section 542(a).

   **WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order for Turnover of the Overpayment by a date certain, for Imposition of Sanctions against Creditor, and for such other and further relief as the Court deems just and proper.

TRUSTEE'S MOTION FOR TURNOVER
CASE NO.: 16-26478-BKC-JKO

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion for Turnover of Overpayment to Creditor and Imposition of Sanctions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 19th day of December, 2019.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ANNETTE LAMBOY
3694 RIVERSIDE DR
CORAL SPRINGS, FL  33065

**ATTORNEY FOR DEBTOR**
BARRY S. MITTELBERG, ESQUIRE
10100 W. SAMPLE ROAD
SUITE 407
CORAL SPRINGS, FL  33065

**CREDITOR**
UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

ACTING US ATTORNEY FOR S. DISTRICT OF FL
ATTN: BENJAMIN G. GREENBERG
99 NE 4TH STREET
MIAMI, FL  33132

US DEPT. OF JUSTICE
ATTN: MATTHEW WHITAKER, ATTORNEY GENERAL OF US

TRUSTEE'S MOTION FOR TURNOVER
CASE NO.:  16-26478-BKC-JKO

950 PENNSYLVANIA AVE. NW
WASHINGTON DC, DC  20530